

FILED

JAN 2 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  OLUSERE OLOWOYEYE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2891

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Mag. No. 3:13-mj-00003 CMK
                                     )
12               Plaintiff,          )   STIPULATION AND [PROPOSED] D&O
                                     )   ORDER CONTINUING
13          v.                       )   PRELIMINARY HEARING AND
                                     )   EXCLUDING TIME
14  BENJAMIN SOTO, and               )
    JOAQUIN FERNANDO SOTO,           )
15                                   )
                                     )
16               Defendant.          )
                                     )
17  _____)

18       IT IS HEREBY STIPULATED by and between Assistant United States

19  Attorney Olusere Olowoyeye, counsel for the plaintiff United States

20  of America, and defendant Benjamin Soto, by and through his counsel

21  Chris Cosca, Esq., and defendant Joaquin Fernando Soto, by and

22  through his counsel Olaf Hedberg, Esq., that good cause exists to

23  extend the preliminary hearing currently set for January 28, 2013,

24  at 2:00 p.m. to February 7, 2013, pursuant to Federal Rule of

25  Criminal Procedure 5.1(d).

26       Good cause exists to extend the time for the preliminary

27  hearing within meaning of Rule 5.1(d) because the defendants have

28  requested initial production of discovery, including visual images

1

1  from the narcotics trafficking indicia alleged in the Criminal

2  Complaint. Moreover, the government has recently provided initial

3  discovery, including a number of different reports from separate law

4  enforcement agencies. Defense counsel will need additional time to

5  review these documents to prepare for the preliminary hearing. For

6  these reasons, the defendants agree that a continuance of the

7  preliminary hearing date will not prejudice them.

8      The parties further stipulate that the ends of justice are

9  served by the Court excluding time from January 28, 2012, to

10 February 7, 2013, so that counsel for the defendant may have

11 reasonable time necessary for effective preparation, taking into

12 account the exercise of due diligence.  18 U.S.C. §

13 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs

14 additional time to continue discussions with the government

15 regarding resolution of the case against these defendants, review

16 the discovery requested in the case, effectively evaluate the

17 posture of the case and potentially prepare for trial, and conduct

18 further investigation into mitigation of the defendant's federal

19 sentencing exposure in this case and the forthcoming petition for

20 violations of supervised release.  Id.

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1  For these reasons, the defendants, defense counsel, and the

2  government stipulate and agree that the ends of justice outweigh the

3  best interest of the public and the defendant in a speedy trial.   18

4  U.S.C. § 3161(h)(7)(A); Local Code T4.

5

6  DATED: January 24, 2013          /s/Olusere Olowoyeye
                                    Olusere Olowoyeye
7                                   Assistant U.S. Attorney

8  DATED: January 24, 2013          /s/Olusere Olowoyeye for Mr. Cosca
                                    Chris Cosca, ESQ.
9                                   Counsel for Defendant

10 DATED: January 24, 2013          /s/Olusere Olowoyeye for Mr.Hedberg
                                    Olaf Hedberg, ESQ.
11                                  Counsel for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O   R   D   E   R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1.   The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Benjamin Soto and Joaquin Fernando Soto</u>, Case No. 3:13-mj-00003 CMK, from January 28, 2013, to February 7, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2.   Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from from January 28, 2013, up to and including February 7, 2013.

**IT IS SO ORDERED.**

DATE: _1/25/13_

_Dale A. Drozd_
DALE A.   DROZD
UNITED STATES MAGISTRATE JUDGE