DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
BENJAMIN SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. 13-032-LKK |
| Plaintiff,           ) | |
| ) | STIPULATION AND ORDER VACATING |
| v.            ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| BENJAMIN SOTO,            ) | |
| JOAQUIN SOTO,            ) | |
| Defendants.          ) | Date: April 9, 2013 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Honorable Judge Karlton |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOAQUIN SOTO; Attorney CHRIS COSCA for BENJAMIN SOTO; that the status conference scheduled for February 26, 2013, be vacated and the matter be continued to this Court's criminal calendar on April 9, 2013, at 9:15 a.m, for further status.

   This continuance is requested by the defense in order to permit client consultation, review of the initial production of discovery, conduct investigation, and negotiate with the Government regarding possible settlement.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3  ends of justice served in granting the continuance and allowing the
4  defendant further time to prepare outweigh the best interests of the
5  public and the defendant in a speedy trial.
6      The Court is advised that all counsel have conferred about this
7  request, that they have agreed to the April 9, 2013 date, and that all
8  counsel have authorized Ms. Santos to sign this stipulation on their
9  behalf.
10     **IT IS SO STIPULATED.**

12  Dated: February 22, 2013         /S/ Dina L. Santos
                                     DINA L. SANTOS
13                                   Attorney for Defendant
                                     JOAQUIN SOTO
14
    Dated: February 22, 2013         /S/ Chris Cosca
15                                   CHRIS COSCA
                                     Attorney for Defendant
16                                   BENJAMIN SOTO

17  Dated: February 22, 2013         /S/ Olusere Olowoyeye
                                     OLOSERE OLOWOYEYE
18                                   Assistant United States Attorney
                                     Attorney for Plaintiff
19
20                          **O R D E R**
21      **IT IS SO ORDERED.**
22              By the Court,
23
24  Dated: February 26, 2013

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

Stipulation and Order                 2