```
DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160
```

FILED
APR 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Attorney for Defendant
BENJAMIN SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN SOTO, <br> JOAQUIN SOTO, <br><br> Defendants. | No. 13-032-~~LKK~~ TLN <br><br> STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME <br><br> Date: May 9, 2013 <br> Time: ~~9:15 a.m.~~ 9:30 a.m. <br> Judge: Honorable Judge Nunley |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOAQUIN SOTO; Attorney CHRIS COSCA for BENJAMIN SOTO; that the status conference scheduled for April 9, 2013, be vacated and the matter be continued to this Court's criminal calendar on May 9, 2013, at 9:15 a.m, for further status.

This continuance is requested by the defense in order to permit client consultation, review of the initial production of discovery, conduct investigation, and negotiate with the Government regarding possible settlement. This case has been re-assigned to Judge Nunley.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act, 18 U.S.C. § 3161 et. seq. be tolled pursuant to §
2  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3  ends of justice served in granting the continuance and allowing the
4  defendant further time to prepare outweigh the best interests of the
5  public and the defendant in a speedy trial.
6     The Court is advised that all counsel have conferred about this
7  request, that they have agreed to the May 9, 2013 date, and that all
8  counsel have authorized Ms. Santos to sign this stipulation on their
9  behalf.
10    **IT IS SO STIPULATED.**

12  Dated: April 8, 2013         /S/ Dina L. Santos
                                 DINA L. SANTOS
13                               Attorney for Defendant
                                 JOAQUIN SOTO

15  Dated: April 8, 2013         /S/ Chris Cosca
                                 CHRIS COSCA
                                 Attorney for Defendant
16                               BENJAMIN SOTO

17  Dated: April 8, 2013         /S/ Olusere Olowoyeye
                                 OLOSERE OLOWOYEYE
18                               Assistant United States Attorney
                                 Attorney for Plaintiff

20                       **O R D E R**

21  **IT IS SO ORDERED.**
22              By the Court,

24  Dated: April 10, 2013
                                 Hon. ~~Lawrence K. Carlton~~ Troy L. Nunley
25                               United States District Judge

Stipulation and Order                 2