DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
BENJAMIN SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-13-032-TLN |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| BENJAMIN SOTO, ) | |
| JOAQUIN SOTO, ) | |
| Defendants. ) | Date:  July 11, 2013 |
| ) | Time:  9:15 a.m. |
| _____ ) | Judge: Honorable Judge Nunley |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOAQUIN SOTO; Attorney CHRIS COSCA for BENJAMIN SOTO; that the status conference scheduled for May 9, 2013, be vacated and the matter be continued to this Court's criminal calendar on July 11, 2013, at 9:15 a.m, for further status.

This continuance is requested by the defense in order to permit client consultation, continue to review discovery, continue ongoing conduct investigation, and negotiate with the Government regarding possible settlement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 11, 2013 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: May 3, 2013         /S/ Dina L. Santos
                           DINA L. SANTOS
                           Attorney for Defendant
                           JOAQUIN SOTO

Dated: May 3, 2013         /S/ Chris Cosca
                           CHRIS COSCA
                           Attorney for Defendant
                           BENJAMIN SOTO

Dated: May  3, 2013        /S/ Olusere Olowoyeye
                           OLUSE RE OLOWOYEYE
                           Assistant United States Attorney
                           Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 8, 2013

_____
Troy L. Nunley
United States District Judge