1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JOAQUIN SOTO
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,     ) No. 2:13-cr-032-TLN
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER VACATING
13      v.                       ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
14                               )
   JOAQUIN SOTO,                 )
15              Defendants.      ) Date:  August 29, 2013
                                 ) Time:  9:30 a.m.
16 _____ ) Judge: Honorable Judge Nunley

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant JOAQUIN SOTO; that the status conference

21 scheduled for August 22, 2013, be vacated and the matter be continued

22 to this Court's criminal calendar on August 29, 2013, at 9:30 a.m, for

23 further status/possible change of plea.

24      This continuance is requested by the defense in order to permit

25 client consultation, continue to review discovery, continue ongoing

26 conduct investigation, and negotiate with the Government regarding

27 possible settlement.

28

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 29, 2013 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Aug. 15, 2013            /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                JOAQUIN SOTO

Dated: Aug. 15, 2013            /S/ Olusere Olowoyeye
                                OLUSERE OLOWOYEYE
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: August 15, 2013          _____
                                Troy L. Nunley
                                United States District Judge

Stipulation and Order                    2