DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JOAQUIN SOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>JOAQUIN SOTO,                 )<br>            Defendants.       )<br>_____) | No. 2:13-cr-032-TLN<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  Sept. 12, 2013<br>Time:  9:30 a.m.<br>Judge: Honorable Judge Nunley |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOAQUIN SOTO; that the status conference scheduled for August 29, 2013, be vacated and the matter be continued to this Court's criminal calendar on September 12, 2013, at 9:30 a.m, for further status/possible change of plea.

This continuance is requested by the defense in order to permit counsel to finalize changes to the proposed plea agreement and to review these changes with the client.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

1  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
2  ends of justice served in granting the continuance and allowing the
3  defendant further time to prepare outweigh the best interests of the
4  public and the defendant in a speedy trial.
5     The Court is advised that all counsel have conferred about this
6  request, that they have agreed to the September 12, 2013 date, and that
7  all counsel have authorized Ms. Santos to sign this stipulation on
8  their  behalf.
9     **IT IS SO STIPULATED**.

11 Dated: Aug. 26, 2013         /S/ Dina L. Santos
                                DINA L. SANTOS
12                              Attorney for Defendant
                                JOAQUIN SOTO

14 Dated: Aug. 26, 2013         /S/ Olusere Olowoyeye
                                OLUSERE OLOWOYEYE
15                              Assistant United States Attorney
                                Attorney for Plaintiff

17                        **O R D E R**

18    **IT IS SO ORDERED**.
19            By the Court,

21 Dated: August 26, 2013

                                Troy L. Nunley
                                United States District Judge

Stipulation and Order                2