Dina L. Santos, SBN 204200
A Profesional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
JOAQUIN SOTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOAQUIN SOTO,<br><br>                    Defendant. | CASE NO. CR. S-13-032 TLN<br><br>STIPULATION AND ORDER RESETTING JUDGMENT AND SENTENCING TO 3/20/14 |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOAQUIN SOTO, that the current date scheduled for December 19, 2013, be vacated and the matter be continued to this Court's criminal calendar on March 20, 2014, at 9:30 a.m. for judgment and sentencing.

IT IS SO STIPULATED.

Dated: November 13, 2013                                BENJAMIN B. WAGNER
                                                                              United States Attorney

                                                                               /s/ Olusere Olowoyeye
                                                                              OLUSERE OLOWOYEYE
                                                                              Assistant United States Attorney

Dated: November 13, 2013                                 /s/  Dina L. Santos
                                                                              DINA SANTOS, ESQ.
                                                                              Attorney for Joaquin Soto

Stipulation and Order Continuing J&S                      1

**ORDER**

IT IS SO FOUND AND ORDERED this 26th day of November, 2013

_____
Troy L. Nunley
United States District Judge