Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
JOAQUIN SOTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JOAQUIN SOTO,<br>       Defendant. | CASE NO. 2:13-CR-032 TLN<br><br>STIPULATION AND ORDER RESETTING JUDGMENT AND SENTENCING TO 6/12/14 |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney OLUSERE OLOWOYEYE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOAQUIN SOTO, that the current date scheduled for March 20, 2014, be vacated and the matter be continued to this Court's criminal calendar on June 12, 2014, at 9:30 a.m. for judgment and sentencing.

IT IS SO STIPULATED.

Dated: March 13, 2014          BENJAMIN B. WAGNER
                     United States Attorney

                     /s/ Olusere Olowoyeye
                     OLUSERE OLOWOYEYE
                     Assistant United States Attorney

Dated: March 14, 2014          /s/  Dina L. Santos
                     DINA SANTOS, ESQ.
                     Attorney for Joaquin Soto

Stipulation and Order Continuing J&S      1

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of March, 2014.

Troy L. Nunley
United States District Judge

Stipulation and Order Continuing J&S          2