Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
JOAQUIN SOTO

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>JOAQUIN SOTO,<br>                Defendant. | CASE NO.  2:13-CR-00032-TLN<br><br>STIPULATION AND ORDER RESETTING JUDGMENT AND SENTECING TO 7/31/14 |

### STIPULATION

1.      It is hereby stipulated by and between Assistant United States Attorney OLUSERE OLOWOYEYE,  Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JOAQUIN SOTO, that the current date scheduled for June 12, 2014, be vacated and the matter be continued to this Court's criminal calendar on July 31, 2014, at 9:30 a.m. for judgment and sentencing.

IT IS SO STIPULATED.

Dated:  June 10, 2014

                             BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Olusere Olowoyeye
                             OLUSERE OLOWOYEYE
                             Assistant United States Attorney

Dated:  June 10, 2014

                             /s/  Dina L. Santos
                             DINA SANTOS, ESQ.
                             Attorney for Joaquin Soto

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of June, 2014.


_____
Troy L. Nunley
United States District Judge